UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GALBRAITH and MELISSA MOSKO, DANA McWHITE and KENNETH McWHITE, ANTWANETT WILLIAMS, RAHWA GHIRMATZION, REBECCA WHIPPLE and NOLAN WHIPPLE, SUSAN GILLICK, FELICIA RICHARDSON and RICHARD RICHARDSON, and ABDUKADIR ABDULLAHI, on behalf of themselves and their respective minor children, and on behalf of a class of all persons similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>CITY OF BUFFALO, BUFFALO WATER BOARD, BUFFALO MUNICIPAL WATER FINANCE AUTHORITY, BYRON W. BROWN, in his official capacity as Mayor of Buffalo, OLUWOLE A. McFOY, in his official capacity as Chairman of the Buffalo Water Board, VEOLIA WATER NORTH AMERICA-NORTHEAST, LLC, and VEOLIA NORTH AMERICA, LLC,<br><br>   *Defendants*. | Civil Action No. _____ |

## INDEX OF ATTACHED EXHIBITS

EXHIBIT 1:  Summons, filed on July 12, 2023.

EXHIBIT 2:  Complaint, filed on July 12, 2023.

EXHIBIT 3:  Plaintiffs' Notice of Service, served on July 21, 2023.

Dated: New York, New York
August 10, 2023

MAYER BROWN LLP

By: */s/ Jarman D. Russell*
Jarman D. Russell
Matthew D. Ingber*
Benjamin D. Bright*
Alina Artunian*
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2373
mingber@mayerbrown.com

Archis A. Parasharami*
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3328
aparasharami@mayerbrown.com

**pro hac vice* motions pending*

*Attorneys for Defendants Veolia Water North America-Northeast, LLC and Veolia North America, LLC*